UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ANGIN,<br><br>                            Plaintiff,<br>     v.<br>JENNIFER SCHWARTZ, *et al.*,<br><br>                           Defendants. | Case No. 3:25-cv-00212-ART-CLB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

    *Pro* se Plaintiff Kevin Angin filed a civil rights complaint with the Court without applying to proceed *in forma pauperis* ("IFP"). (ECF No. 1-1.) Magistrate Judge Baldwin issued a report and recommendation ("R&R") recommending that Plaintiff's claims be dismissed without prejudice based on Mr. Angin's failure to timely submit an application or pay the full filing fee in compliance with court order (ECF No. 5) and after being granted an extension of time until June 30, 2025, to do so. (ECF No. 7.)

    Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where, as here, neither party objects to a magistrate judge's recommendation, the district court is not required to perform any review of that judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Because Plaintiff had adequate warning that dismissal would result from his noncompliance with the court order, this Court agrees with Judge Baldwin's reasoning and adopts her R&R in full.

    It is therefore ordered that Judge Baldwin's report and recommendation (ECF No. 10) is adopted in full.

    It is further ordered that Plaintiff's complaint (ECF No. 1) is DISMISSED without prejudice.

1

1    The Clerk of the Court is directed to enter judgment accordingly and close
2 the case.

3    Dated this 21st day of August 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE